1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   JENNIFER DALTON,                        No.  2:16-cv-3042 GGH P

11                  Petitioner,

12      v.                                   ORDER

13   DARRELL ADAMS,

14                  Respondent.

15

16       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  Although Petitioner has notified the court by letter that she

18   seeks *in forma pauperis* ["IFP"] status to pursue this case, she has not filed an in forma pauperis

19   affidavit in the proper form required by the court or paid the required filing fee ($5.00).  See 28

20   U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit the

21   appropriate affidavit in support of a request to proceed in forma pauperis or submit the

22   appropriate filing fee.

23       A grant of *in forma pauperis* status does not end the court's initial inquiry.  Once that

24   status is determined, the court will review the habeas petition filed by Petitioner to determine if it

25   complies in substance and form with the requirements for a properly drafted pleading and may

26   require an amendment of the document before it is served on the Respondent.

27       In accordance with the above, IT IS HEREBY ORDERED that:

28       1.      Petitioner's request for *in forma pauperis* status is denied with leave to file a

                                        1

1    proper application within 30 days from the date of this Order;

2         2.  The Clerk of the Court is directed to send petitioner a copy of the *in forma pauperis*

3    form used by this district.

4    Dated:  January 19, 2017

5                                   /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

6

7

8    Dalt.3042.IFP.amm

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28