UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER DALTON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DARRELL ADAMS,<br><br>　　　　Respondent. | No. 2:16-cv-3042 KJM GGH<br><br><br>ORDER TO SHOW CAUSE |

On March 28, 2017, Respondent filed and served a Motion to Dismiss the Petition for Writ of Habeas Corpus, ECF No. 10, filed by petitioner on December 29, 2016. ECF No. 1. Eastern District of California Local Rule 230(l) requires that:

> Opposition, if any, to the granting of the motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. *Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of an opposition to the granting of the motion and may result in the imposition of sanctions.* (Emphasis added.)

Petitioner shall have 15 days from the date of this Order to show cause why Respondent's Motion to Dismiss should not be granted for lack of opposition.

////

////

1

1 | Good cause appearing, IT IS HEREBY ORDERED that:  Petitioner shall show cause
2 | within fifteen days of the date of this Order why his failure to obey this court's Rule should not
3 | result in the granting of the Motion to Dismiss now on file.

**IT IS SO ORDERED.**

Dated: May 1, 2017

                                  /s/ Gregory G. Hollows
                       UNITED STATES MAGISTRATE JUDGE