UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER DALTON,<br><br>        Petitioner,<br><br>    v.<br><br>DARRELL ADAMS,<br><br>        Respondent. | No. 2:16-cv-03042 KJM GGH<br><br><br>ORDER |

On May 1, 2017, this court issued an Order to Show Cause, as to why her petition should not be dismissed for failure to oppose Respondent's Motion to Dismiss in accordance with the requirements of Eastern District of California Local Rule 230(l). ECF No. 14. Petitioner has now satisfactorily responded to the Order, ECF No. 15, and filed Opposition to Respondent's Motion. ECF No. 16. Accordingly the court's Order to Show Cause is hereby discharged.

Respondent shall have fourteen (14) days from the date of this Order to file and serve any Reply brief if he so chooses.

Accordingly, IT IS HEREBY ORDERED that:

1. The Order to Show Cause filed May 1, 2017, is hereby discharged; and

////

////

////

1

2. Respondent shall have fourteen (14) days from the date of this Order to file any Reply Memorandum

**IT IS SO ORDERED.**

Dated: May 24, 2017

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE